# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155849(66)(70)(71)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAWN LOVETO CAMERON, JR.,
      Defendant-Appellant.

_____/

SC: 155849
COA: 330876
Washtenaw CC: 13-001315-FH

On order of the Chief Justice, the motions of the Criminal Defense Attorneys of Michigan to waive fee and to extend the time for filing a brief amicus curiae are GRANTED. The amicus brief submitted on July 12, 2018, is accepted for filing. On further order of the Chief Justice, the motions of the Attorney General to file a brief amicus curiae and to extend the time for doing so are GRANTED. The amicus brief submitted on July 13, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2018



Clerk